IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KUSELINA LISITONI : | |
| : | Civil No. RDB 03-123 |
| v. : | |
| : | |
| ANJIMILE MTILA DOKA, *et al.* : | |

ORDER AND JUDGMENT

The Court having considered Defendant Anjimile Doka's Motion for Summary Judgment and the papers submitted in connection therewith and for the reasons set forth in the attached Memorandum Opinion, it is this 23rd day of April 2004, HEREBY ORDERED:

1. Defendant's Motion for Summary Judgment is GRANTED, and judgment is granted in favor of Defendant, in the following respects:

    a. Plaintiff's claim pursuant to section 207 of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), in Count One is barred by section 213(b)(21) of the Act;

    b. Plaintiff's claim pursuant to section 206 of the FLSA in Count One is limited to minimum wages owed to Plaintiff for the period from January 14, 2000 until the date of termination of Plaintiff's employment;

    c. Plaintiff's claims pursuant to the Maryland Wage Payment and Collection Law, Md. Code Ann., Lab. &. Empl., §§ 3-501, *et seq.*, and the Maryland Wage and Hour Law, Md. Code Ann., Lab. & Empl., §§ 3-401, *et seq.*, in Counts Two and Three, respectively, are limited to those that accrued on or after January 14, 2000;

      d.      Plaintiff's claim for intentional misrepresentation in Count Four is time-barred;

      e.      Plaintiff's claim for assault in Count Five is limited to any claim that accrued on or after January 14, 2002; and

      f.      Plaintiff's claim for unjust enrichment in Count Six is limited to any claim that accrued on or after January 14, 2000.

2. In all other respects, Defendant's Motion for Summary Judgment is DENIED.

3. The Clerk of the Court is directed to transmit copies of this Order and the Memorandum Opinion to counsel for the parties.


/s/
Richard D. Bennett
United States District Judge

2