IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

KUSELINA LISITONI

V.                                           CIVIL NO. RDB 03-123

ANJIMILE MTILA DOKA
YAHAYA DOKA

### STIPULATION OF DISMISSAL

Upon agreement of counsel and for the reasons stated on the record in open court this date, and pursuant to Local Rule 111,

IT IS HEREBY ORDERED, this 13th day of July, 2004, that this case BE, and it hereby IS, DISMISSED, without prejudice to the right of any party to move for good cause to reopen the case within 60 days of the date hereof.

_____
Richard D. Bennett
United States District Judge

CONSENTED TO:

_____          _____
Walter Steven Smitson                         Charles F. Chester
Counsel for Plaintiff                              Counsel for Defendant Ajimile Doka

_____
Dennis M. Ettlin
Counsel for Defendant Yahaya Doka

CM 7-13-04